[No. 12145–0–II.  Division Two.  March 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAND R. GAGNE, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 87–1–00093–0, Herbert E. Wieland, J., entered July 15, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11997–8–II.  Division Two.  March 14, 1990.]

WALLACE WALKER, ET AL, *Appellants,* v. JOHN WURNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–2–02507–1, Dale M. Nordquist, J., entered May 4, 1988. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Petrich, A.C.J., and Mitchell, J. Pro Tem.

[No. 9952–1–III.  Division Three.  March 15, 1990.]

ROBERT SIMMERMAN, *Appellant,* v. U–HAUL COMPANY OF INLAND NORTHWEST, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–2–00434–9, Heather Van Nuys, J., entered March 17, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ. Now published at 57 Wn. App. 682.